An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

SEAN RODNEY ORTH,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63491

**FILED**

JUL 2 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DENYING PETITION*

This is a proper person petition for a writ of mandamus. Petitioner challenges the judgment of conviction and reargues his direct appeal, *Orth v. State*, Docket No. 49476 (Order of Affirmance, November 3, 2008). We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.170. Challenges to the judgment of conviction must be raised in a post-conviction petition for a writ of habeas corpus and filed in the district court in the first instance. *See* NRS 34.724(2)(b).[1] Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

[1] We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21575

cc: Sean Rodney Orth
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk